UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
JAKSTAS, VYTO BRUNO § Case No. 12-18404
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    Kenneth S. Gardner
    Clerk of the U.S. Bankruptcy Court
    219 S. Dearborn, 7th Floor
    Chicago, Illinois  60604

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
    10:00 a.m. on April 3, 2013
    in Courtroom 642, U.S. Courthouse
    219 S. Dearborn St., Chicago, IL

 If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: Kenneth S. Gardner_____
                  Clerk of the US Bankruptcy Court

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
JAKSTAS, VYTO BRUNO § Case No. 12-18404
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 4,600.00 |
| and approved disbursements of | $ | 3.71 |
| leaving a balance on hand of[1] | $ | 4,596.29 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | AMERICAN HONDA FINANCE CORPORATION | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 4,596.29 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 1,150.00 | $ 0.00 | $ 1,150.00 |
| Attorney for Trustee Fees: Baldi Berg & Wallace, Ltd. | $ 1,103.00 | $ 0.00 | $ 1,103.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 2,253.00 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Remaining Balance $ 2,343.29

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 237,488.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | BMO HARRIS BANK N.A. | $ 2,960.75 | $ 0.00 | $ 29.21 |
| 000003 | Us Dept Of Education | $ 186,882.95 | $ 0.00 | $ 1,843.97 |
| 000004 | Credit First National Association | $ 565.64 | $ 0.00 | $ 5.58 |
| 000005 | American Express Centurion Bank | $ 42,641.88 | $ 0.00 | $ 420.75 |
| 000006 | OAK HARBOR CAPITAL VI, LLC | $ 3,871.21 | $ 0.00 | $ 38.20 |
| 000007 | Credit First NA | $ 565.64 | $ 0.00 | $ 5.58 |

Total to be paid to timely general unsecured creditors $ 2,343.29

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Joseph A. Baldi
Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-18404-ABG
Vyto Bruno Jakstas                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: esullivan              Page 1 of 3                  Date Rcvd: Mar 07, 2013
                              Form ID: pdf006              Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2013.
db          +Vyto Bruno Jakstas,    13314 W. Red Coat Drive,    Lemont, IL 60439-8161
18870225    +American Express,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
19162874     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18870228    +Amex,   PO Box 981537,    El Paso, TX 79998-1537
18969806    +BMO HARRIS BANK N.A.,    3800 WEST GOLF ROAD, SUITE 300,    ROLLING MEADOWS, IL 60008-4005
18870231    +BMO Harris Bank,    111 W. Monroe St.,    Chicago, IL 60603-4095
18870229     Barclays Bank Delaware,    Attention: Bankruptcy,    Po Box 1337,    Philadelphia, PA 19101
18870230    +Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
18870233    +Chase,    201 N. Walnut St/de1-1027,    Wilmington, DE 19801-2901
18870234    +Chase Mht Bk,    Attention: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
18870235    +Check Systems, Inc.,    Attn: Customer Relations,    7805 Hudson Road, Ste 100,
              Woodbury, MN 55125-1703
18870236    +Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,    Po Box 20363,
              Kansas City, MO 64195-0363
18870237    +Credit First N A,    6275 Eastland Road,    Brookpark, OH 44142-1399
19766352    +Credit First NA,    Po Box 818011,    Cleveland, OH 44181-8011
19048627    +Credit First National Association,    Po Box 818011,    Cleveland, OH 44181-8011
18870238    +Credit First/CFNA,    Bk13 Credit Operations,    Po Box 818011,    Cleveland, OH 44181-8011
18870239     Equifax Information Services, LLC,    P.O. Box 740256,    Atlanta, GA 30374-0256
18870240     Experian,   P.O. Box 9701,    Allen, TX 75013-9701
18870242    +HSBC/Menards,    Attn: Bankruptcy Dept,,    PO Box 5263,    Carol Stream, IL 60197-5263
18870241    +Harris N.a.,    Bmo-Harris Bank/Attn: Legal Service,    1100 W. Monroe 421 E,
              Chicago, IL 60607-2507
18870243    +Hsbc/menards,    90 Christiana Road,    New Castle, DE 19720-3118
18870244    +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
18870245    +Thd/cbna,    PO Box 6497,    Sioux Falls, SD 57117-6497
18870246    +TransUnion Consumer Solutions,    P.O. Box 2000,    Chester, PA 19016-2000
18870247    +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,    Greenville, TX 75403-5609
18870248    +Wells Fargo Bank NA,    Codilis & Associates PC,    15W030 N Frontage Rd,    Ste 100,
              Burr Ridge IL 60527-6921

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18870227     E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 08 2013 03:05:03     American Honda Finance,
              2170 Point Blvd Ste 100,    Elgin, IL 60123
18870226     E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 08 2013 03:05:03     American Honda Finance,
              Po Box 168088,    Irving, TX 75016
19326404    +E-mail/Text: bncmail@w-legal.com Mar 08 2013 05:37:22     OAK HARBOR CAPITAL VI, LLC,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18972208      866-716-6441
18870224      Adventist
18972207*    ++AMERICAN HONDA FINANCE,    P O BOX 168088,   IRVING TX 75016-8088
              (address filed with court:   AMERICAN HONDA FINANCE CORPORATION,    P.O. BOX 168088,
              IRVING, TX 75016-8088)
18870232*    +Bmo Harris Bank,    111 W Monroe St,   Chicago, IL 60603-4095
                                                                                     TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: esullivan           Page 2 of 3              Date Rcvd: Mar 07, 2013
                              Form ID: pdf006           Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 09, 2013**                    **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: esullivan          Page 3 of 3          Date Rcvd: Mar 07, 2013
                              Form ID: pdf006          Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2013 at the address(es) listed below:

```
          Joseph A Baldi    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
           jabaldi@ameritech.net;jmanola@baldiberg.com
          Joseph A Baldi, Tr    jabaldi@baldiberg.com,    jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Joseph A Baldi, Tr    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
           jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
          Julia D Loper    on behalf of Trustee Joseph A Baldi, Tr jloper@baldiberg.com
          Maria  Georgopoulos    on behalf of Creditor    Wells Fargo Bank, NA nd-three@il.cslegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thomas W Toolis    on behalf of Debtor Vyto Bruno Jakstas twt@jtlawllc.com,
           lld@jtlawllc.com;axb@jtlawllc.com
                                                                                             TOTAL: 7
```