UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
JAKSTAS, VYTO BRUNO                       §        Case No. 12-18404
                                          §
          Debtor(s)                       §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on            , and it was converted to chapter 7 on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Joseph A. Baldi, Trustee_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT


## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.


## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |


## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | AMERICAN HONDA FINANCE CORPORATION |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |


## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| BALDI BERG & WALLACE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Adventist | | | | | |
| | Barclays Bank Delaware Attention: Bankruptcy Po Box 1337 Philadelphia, PA 19101 | | | | | |
| | Chase 201 N. Walnut St/de1-1027 Wilmington, DE 19801 | | | | | |
| | Chase 201 N. Walnut St/de1-1027 Wilmington, DE 19801 | | | | | |
| | Chase Mht Bk Attention: Bankruptcy Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Check Systems, Inc. Attn: Customer Relations 7805 Hudson Road, Ste 100 Woodbury, MN 55125 | | | | | |
| | Citibank Usa Citicorp Credit Services/Attn: Centraliz Po Box 20363 Kansas City, MO 64195 | | | | | |
| | Equifax Information Services, LLC P.O. Box 740256 Atlanta, GA 30374-0256 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Experian P.O. Box 9701 Allen, TX 75013-9701 | | | | | |
| | HSBC/Menards Attn: Bankruptcy Dept, PO Box 5263 Carol Stream, IL 60197 | | | | | |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | | | | |
| | TransUnion Consumer Solutions P.O. Box 2000 Chester, PA 19022-2002 | | | | | |
| | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | | | | |
| | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | | | | |
| | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | | | | |
| | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | | | | |
| | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | | | | |
| | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | | | | |
| | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | | | | |
| | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | | | | | |
| 000001 | BMO HARRIS BANK N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | CREDIT FIRST NA | | | | | |
| 000004 | CREDIT FIRST NATIONAL ASSOCIATION | | | | | |
| 000006 | OAK HARBOR CAPITAL VI, LLC | | | | | |
| 000003 | US DEPT OF EDUCATION | | | | | |
| 000005 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - JAKSTAS
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:     1

Exhibit 8

| Case No: | 12-18404   ABG   Judge: A Benjamin Goldgar | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | JAKSTAS, VYTO BRUNO | Date Filed (f) or Converted (c): | 08/13/12 (c) |
| | | 341(a) Meeting Date: | 09/18/12 |
| For Period Ending:  06/21/13 | | Claims Bar Date: | 01/25/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 13314 W. Red Coat Drive, Lemont IL 60439 | 267,900.00 | 0.00 | | 0.00 | FA |
| 2. Harris Bank - Checking Account | 500.00 | 0.00 | | 0.00 | FA |
| 3. Misc. Household Goods | 3,000.00 | 0.00 | | 0.00 | FA |
| 4. Everday Apparel | 400.00 | 0.00 | | 0.00 | FA |
| 5. 401 (k) Atnan | 64,000.00 | 0.00 | | 0.00 | FA |
| 6. 2003 Acura Cl - Miles - 143,000 | 3,500.00 | 0.00 | | 0.00 | FA |
| 7. 2005 Acura TSX - Miles- 80,000 | 4,825.00 | 4,600.00 | | 4,600.00 | FA |
| 8. 2005 Honda Accord - Miles - 60000 | 4,305.00 | 0.00 | | 0.00 | FA |
| 9. Miniature Pinscher | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $348,430.00     $4,600.00          $4,600.00     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Pursuant to this Court's order, Trustee sold equity in vehicle back to Debtor; Trustee collected the sale proceeds;

Trustee reviewed claims; TFR filed 3/6/13; final hearing held 4/6/13; Trustee made final distribution;

Initial Projected Date of Final Report (TFR): 03/31/13     Current Projected Date of Final Report (TFR): 03/31/13

/s/     Joseph A. Baldi, Trustee
_____     Date: 06/21/13
JOSEPH A. BALDI, TRUSTEE

FORM 2 - PAGE 10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    1

Exhibit 9

| Case No: | 12-18404  -ABG | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | JAKSTAS, VYTO BRUNO | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******8787  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8014 | | |
| For Period Ending: | 06/21/13 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/22/12 | 7 | VYTO BRUNO JAKSTAS 13314 W. Red Coat Drive Lemont, IL 60439 | SETTLEMENT | 1129-000 | 3,600.00 | | 3,600.00 |
| 11/09/12 | 7 | VYTO BRUNO JAKSTAS 13314 W. Red Coat Drive Lemont, IL 60439 | SETTLEMENT | 1129-000 | 1,000.00 | | 4,600.00 |
| 02/07/13 | 001001 | International Sureties 701 Poydras Street  #420 New Orleans, LA 70139 | Bond Premium Payment BOND # 016026455 | 2300-000 | | 3.71 | 4,596.29 |
| 04/04/13 | 001002 | JOSEPH A. BALDI , as Trustee 19 S. LaSalle Street Suite 1500 Chicago, Illinois  60603 | Trustee Compensation | 2100-000 | | 1,150.00 | 3,446.29 |
| 04/04/13 | 001003 | Baldi Berg & Wallace, Ltd. 19 S. LaSalle St. Suite 1500 Chicago, IL 60603 | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,103.00 | 2,343.29 |
| 04/04/13 | 001004 | BMO HARRIS BANK N.A. 3800 WEST GOLF ROAD, SUITE 300 ROLLING MEADOWS, IL 60008 | Claim 000001, Payment 0.98657% | 7100-000 | | 29.21 | 2,314.08 |
| 04/04/13 | 001005 | Us Dept Of Education Attn: Borrowers Service Dept Po Box 5609 Greenville, TX 75403 | Claim 000003, Payment 0.98670% | 7100-000 | | 1,843.97 | 470.11 |
| 04/04/13 | 001006 | Credit First National Association Po Box 818011 Cleveland, OH 44181 | Claim 000004, Payment 0.98649% | 7100-000 | | 5.58 | 464.53 |
| 04/04/13 | 001007 | OAK HARBOR CAPITAL VI, LLC C O WEINSTEIN AND RILEY, PS | Claim 000006, Payment 0.98677% | 7100-000 | | 38.20 | 426.33 |

Page Subtotals          4,600.00          4,173.67

Ver: 17.02d

FORM 2 - PAGE 13

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-18404  -ABG | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | JAKSTAS, VYTO BRUNO | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******8787  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8014 | | | |
| For Period Ending: | 06/21/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/04/13 | 001008 | 2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121<br>Credit First NA<br>Po Box 818011<br>Cleveland, OH 44181 | Claim 000007, Payment 0.98649% | 7100-000 | | 5.58 | 420.75 |
| 04/04/13 | 001009 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000005, Payment 0.98671% | 7100-900 | | 420.75 | 0.00 |

|  | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 4,600.00 | 4,600.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 4,600.00 | 4,600.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 4,600.00 | 4,600.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******8787 | 4,600.00 | 4,600.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 4,600.00 | 4,600.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00              426.33

Ver: 17.02d